SEAN P. NALTY  (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CAMARILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA.,<br><br>    Defendants. | Case No.:  CV09-02088 SBA<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER**<br><br>**[Local Rule 6-1]**<br><br>Location:     Oakland<br>Judge: Saundra B. Armstrong |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Martin Camarillo and defendant Life Insurance Company of North America (hereinafter "LINA"), through their attorneys of record, as follows:

1. On or about May 26, 2009, defendant LINA was served with the Summons and Complaint filed in this action, and LINA's response to the Complaint currently is due on or before June 15, 2009;

2. Plaintiff has agreed that defendant LINA may have an extension to and including July 15, 2009 to answer or otherwise respond to the Complaint herein;

3. This extension does not exceed thirty (30) days; and

---

1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case CV09-02088 SBA
448604.1

4. This stipulated date for LINA to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

Date: June 18, 2009     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Sean P. Nalty*
    SEAN P. NALTY
    Attorneys for Defendant
    LIFE INSURANCE COMPANY OF NORTH AMERICA
    .

Date: June 18, 2009

By:   /s/ P. Randall Noah
    P. Randall Noah
    Attorneys for Plaintiff
    MARTIN CAMARILLO

**ORDER**

**IT IS SO ORDERED.**

Date: 6/17/09     BY   *Saundra B. Armstrong*
    THE HONORABLE SAUNDRA B. ARMSTRONG
    UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**
*Martin Camarillo v. Life Insurance Company of North America*
*USDC NDCA Case CV09-02088 SBA*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐_: **By First Class Mail --** I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐_: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐_: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐_: **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

P. Randall Noah, Esq. (SBN 136452)
Law Offices of P. Randall Noah
21 Orinda Way, Ste. C, #316
Orinda, CA 94563
Tel: (925) 253-5540
Fax: (925) 253-5542
Attorneys for Plaintiff
MARTIN CAMARILLO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **June 18, 2009** at San Francisco, California.

_____
Stacey Muller