1  SEAN P. NALTY  (SBN 121253)
   Email: Sean.Nalty@WilsonElser.com
2  CHARAN M. HIGBEE  (SBN 148293)
   Email: Charan.Higbee@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
6
   Attorneys for Defendant
7  LIFE INSURANCE COMPANY OF NORTH AMERICA

8

9  P. RANDALL NOAH  (SBN 136452)
   LAW OFFICE OF P. RANDALL NOAH
10 21 Orinda Way, Suite C, #316
   Orinda, CA  94563
11 Tel:   (925) 253-5540
   Fax:   (925) 253-5542
12
   Attorneys for Plaintiff
13 MARTIN CAMARILLO

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18

| | |
|---|---|
| MARTIN CAMARILLO,              ) | Case No.:     CV09-02088 SBA |
|                                ) | |
|        Plaintiff,              ) | **STIPULATION OF DISMISSAL** |
|                                ) | **WITH PREJUDICE AND  ORDER** |
|     v.                         ) | **THEREON** |
|                                ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA,                       ) | |
|                                ) | Judge: Saundra B. Armstrong |
|        Defendant.              ) | |
|                                ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-02088 SBA
474601.1

1    **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff
2    Martin Camarillo and defendant Life Insurance Company of North America ("LINA"), acting
3    through their attorneys of record, that the above-entitled action, and all claims for relief therein,
4    shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each
5    party to bear its own costs and attorneys' fees.

7    Dated: October 1, 2009                    WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP

                                        By:    */s/ Charan M. Higbee*
                                                SEAN P. NALTY
                                                CHARAN M. HIGBEE
                                                Attorneys for Defendant
                                                LIFE INSURANCE COMPANY
                                                OF NORTH AMERICA

     Dated: October 1, 2009                    LAW OFFICE OF P. RANDALL NOAH

                                        By:    */s/ P. Randall Noah*
                                                P. RANDALL NOAH
                                                Attorneys for Plaintiff
                                                MARTIN CAMARILLO

## ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Date:10/2/09                                   _____
                                                HONORABLE SAUNDRA B. ARMSTRONG
                                                UNITED STATES DISTRICT COURT JUDGE

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-02088 SBA
474601.1

**CERTIFICATE OF SERVICE**
*Martin Camarillo v. Life Insurance Company of North America*
*USDC NDCA Case #CV09-02088 SBA*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☒: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐: **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☐: **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

P. Randall Noah, Esq.
LAW OFFICES OF P. RANDALL NOAH
21 Orinda Way, Ste. C, #316
Orinda, CA  94563
Tel:     (925) 253-5540
Fax:    (925) 253-5542

*Attorneys for Plaintiff*
*MARTIN CAMARILLO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **October 5, 2009** at San Francisco, California.

_____
Nancy Li